

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00614-CV

In re The Commitment of Santos Gomez III

On appeal from the
103rd District Court of Cameron County, Texas
Trial Cause No. 2016-DCL-00365-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant although he is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

December 14, 2017